IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL R. DUFFY

                                                          C.A. #11-63495
                                                          District Court Docket Number

       vs.

A. W. CHESTERTON COMPANY, ET AL

Notice of Appeal Filed <u>4/11/12</u>
Court Reporter(s)/ESR Operator(s)      <u>N/A</u>

Filing Fee:
        Notice of Appeal __Paid  _X_ Not Paid   __Seaman
        Docket Fee         __Paid  _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                                              Defendant's Address (for criminal appeals)

                                    Prepared by : <u>  s/Kim Williams          </u>
                                                                <u>Kim Williams</u>
                                                                 Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm